**Raymon L. CROOK, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2008–3122.

United States Court of Appeals, Federal Circuit.

July 9, 2008.

## ORDER

Petitioner having complied with the court's June 19, 2008 order,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's June 19, 2008 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before July 30, 2008.